IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br>_____<br><br>This document Relates to Plaintiff:<br><br>LORETTA BOSTIC<br>Case No. 1:19-cv-02458-RLY-TAB<br><br>_____ | ) NO. 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# SUGGESTION OF DEATH

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that counsel for plaintiff hereby gives notice of the death of plaintiff Loretta Bostic on or about October 1, 2024.

In accordance with Rule 25(a)(1), Fed.R.Civ.P., counsel will file a motion for substitution of plaintiff within ninety days of service of this suggestion of death, as plaintiff's claim is not extinguished by her death

DATED this 25th day of October, 2024.

**SNYDER AND WENNER, P.C.**

/s/ David A. Wenner
By_____
David A. Wenner, Esq.
8800 N Gainey Center Drive, Ste 265
Scottsdale, AZ  85258
*Attorneys for Plaintiff*

///

///

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David A. Wenner
_____